# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY D. BICKHAM

NO. 2025 KW 0471

**AUGUST 22, 2025**

---

In Re: Tony D. Bickham, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-00545.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court acted on relator's motion for production of documents on April 22, 2025.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT